STATE OF MINNESOTA

COUNTY OF HENNEPIN

**AFFIDAVIT OF SERVICE**

Re: Kim Snyder, on behalf of herself and
All others similarly situated,

vs.

UnitedHealth Group, Inc.; et al.

Court File No.: 0:21-cv-01049

**John Pothen,** being first duly sworn upon oath, deposes and states, that on the 27th day of **April, 2021,** he served:

1. **SUMMONS;**
2. **CLASS COMPLAINT FOR DAMAGES; and**
3. **CIVIL COVER SHEET,**

upon **CT Corporation, System, Inc., as Registered Agent for UnitedHealth Group, Inc.** therein named at **1010 Dale Street, St. Paul,** County of **Ramsey,** State of **Minnesota,** by handing to and leaving true and correct copies thereof with, **Jana Floyd, Intake Specialist.**

Subscribed and sworn to before me on
27th day of **April, 2021.**

_____
Notary Public

Jon Olson
Notary Public
Minnesota
My Commission Expires January 31, 2022

_____
John Pothen
Process Server