IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KIM SNYDER, on behalf of herself and all others similarly situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., et al.<br>        *Defendants*. | Case No. 0:21-cv-01049 (JRT/BRT) |

**STIPULATION CONCERNING CLASS CERTIFICATION**

As set forth in the parties' Rule 26(f) Report dated September 23, 2021, and in accordance with the Court's Pretrial Scheduling Order (Doc. 85) and subsequent Order (Doc. 100), the parties, by and through their respective counsel, hereby STIPULATE as follows:

1. <u>Stipulation as to Class Certification.</u> The parties consent to certification of the Class defined below with respect to the Class Claims specified below.

    a. <u>Class Definition:</u> All participants and beneficiaries of the UnitedHealth Group 401(k) Savings Plan ("Plan") who, through the Plan, invested in the Wells Fargo Target Fund Suite (comprising first the Wells Fargo Target CIT E3 funds and then the Wells Fargo DJ Target N funds for target date vintages 2010, 2015, 2020, 2025, 2030, 2035, 2040, 2045, 2050, 2055, and 2060) from April 23, 2015, through the date of judgment (the "Class Period"), excluding any individuals who served during the

      Class Period as members of UnitedHealth Group Incorporated's board of directors; any individuals who served during the Class Period as members of the UnitedHealth Group Retirement Plan's Investment Review Committee, the UnitedHealth Group Employee Benefits Plans Investment Committee, or the UnitedHealth Group Employee Benefits Plans Administrative Committee; and any individual who served during the Class Period as UnitedHealth Group's Executive Vice President of Human Capital.

  b. <u>Class Claims:</u> (1) breach of the duty of prudence set forth in the Employee Retirement Income Security Act of 1974 ("ERISA") based on Defendants' alleged failure to remove the Wells Fargo Target Fund Suite from the UnitedHealth Group 401(k) Savings Plan during the Class Period, and (2) breach of the duty of prudence set forth in ERISA based on Defendants' alleged failure during the Class Period to monitor the individuals who possessed delegated authority to remove the Wells Fargo Target Fund Suite from the UnitedHealth Group 401(k) Savings Plan.

2. <u>Requirements for Class Certification</u>. The requirements for class certification set forth in Fed. R. Civ. P. 23(a) and 23(b)(1)(A)&(B) are satisfied with respect to the Class Claims, as further detailed below.

  a. The numerosity requirement in Fed. R. Civ. P. 23(a)(1) is satisfied, as the Class contains thousands of members.

  b. The commonality requirement in Fed. R. Civ. P. 23(a)(2) is satisfied, as

   Plaintiff's Complaint at ¶ 126 alleges multiple questions that are common to the claims of all Class members.

   c. The typicality requirement in Fed. R. Civ. P. 23(a)(3) is satisfied, as Plaintiff and the Class members all participated in the UnitedHealth Group 401(k) Savings Plan and invested in the Wells Fargo Target Fund Suite (or were beneficiaries of such participants), and the Class Claims are based on alleged violations of ERISA that do not vary between Plaintiff and the Class members.

   d. Plaintiff avers that the adequacy requirement in Fed. R. Civ. P. 23(a)(4) is satisfied. Plaintiff Kim Snyder has selected qualified counsel to represent her and, by this Stipulation, affirms her commitment to serving as class representative.

   e. Class certification is appropriate under Fed. R. Civ. P. 23(b)(1)(A), as prosecuting separate actions by Class members would create a risk of inconsistent adjudications with respect to individual Class members that would establish incompatible standards of conduct for the Plan fiduciaries.

   f. Class certification is appropriate under Fed. R. Civ. P. 23(b)(1)(B), as adjudication of Plaintiff's claims as a practical matter would be dispositive of the interests of the other Class members.

3. <u>Class Counsel</u>: Attorneys David Sanford, Charles H. Field, Alexandra Harwin, Kevin Sharp, Leigh Anne St. Charles, Johan Conrod, and Sanford Heisler Sharp,

LLP are qualified to serve as Class Counsel pursuant to Fed. R. Civ. P. 23(g)(1).

4. <u>Notice Not Required:</u> The provision of notice is not necessary, as the Class is certified pursuant to Fed. R. Civ. P. 23(b)(1).

5. <u>Request for Entry of Proposed Order.</u> Based on the foregoing, the parties consent to, and Plaintiff moves for, the Court's entry of the Proposed Order submitted herewith.

Dated: January 11, 2022                                   Respectfully Submitted,

*Counsel for Plaintiff*                                    *Counsel for UnitedHealth*

/s/ Alexandra Harwin
Alexandra Harwin, NY Bar No. 5347471*
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Phone: (646) 402-5650
Facsimile: (646) 402-5651
aharwin@sanfordheisler.com

Charles Field, CA Bar No. 189817*
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

Kevin H. Sharp, TN Bar No. 16287*
Leigh Anne St. Charles, TN Bar No. 36945*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

/s/ Brian D. Boyle
Meaghan VerGow, DC Bar No. 977165*
Brian D. Boyle, DC Bar No. 419773*
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Phone: (202) 383-5300
Facsimile: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Deborah A. Ellingboe, MN Bar No. 26216X
Isaac B. Hall, MN Bar No. 0395398
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center 90 S. Seventh Street
Minneapolis, Minnesota 55402
Phone: (612) 766-8713
Facsimile: (612) 766-1600
debbie.ellingboe@faegredrinker.com

Johan Conrod, VA Bar No. 46765*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
jconrod@sanfordheisler.com

Susan M. Coler, MN Bar No. 0217621
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
coler@halunenlaw.com

* admitted *pro hac vice*