# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KIM SNYDER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., et al.<br>　　　　　　　　　　　　*Defendants*. | Case No. 0:21-cv-01049 (JRT/BRT) |

## JOINT REPORT SETTING FORTH PROPOSED AGENDA
## FOR JANUARY 14, 2022 STATUS CONFERENCE

Plaintiff Kim Snyder ("Plaintiff") and Defendants UnitedHealth Group, Inc., the Board of Directors of UnitedHealth Group, Inc., David S. Wichmann, the UnitedHealth Group Employee Benefits Plans Investment Committee, and the UnitedHealth Group Employee Benefits Plans Administrative Committee ("Defendants") (collectively, the "Parties") submit this Joint Proposed Agenda on behalf of all Parties as directed in the Court's Scheduling Order of October 21, 2021 (Dkt. No. 85).

The Parties hereby present the following agenda items for discussion at the upcoming status conference of January 14, 2022:

　　1.　　Provide an update to the Court on the progress of discovery.

　　2.　　Discuss the timing of a Settlement Conference.

The Parties propose that the Court defer discussion of the number of fact depositions to be taken in the case until after Defendants have commenced their production of ESI, as the contents of ESI may inform the Parties' discussions concerning depositions.

Dated: January 12, 2022                            Respectfully submitted,

By:
/s/ Alexandra Harwin

Alexandra Harwin, NY Bar No. 5347471*
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
aharwin@sanfordheisler.com

Charles Field, CA Bar No. 189817*
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

Kevin H. Sharp, TN Bar No. 16287*
Leigh Anne St. Charles, TN Bar No. 36945*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

Johan Conrod, VA Bar No. 46765*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5200

By:
/s/ Brian D. Boyle

Brian D. Boyle, DC Bar No. 419773*
Meaghan VerGow, DC Bar No. 977165*
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Deborah A. Ellingboe, MN Bar No. 26216X
Isaac B. Hall, MN Bar No. 0395398
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center 90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-8713
Facsimile: (612) 766-1600
debbie.ellingboe@faegredrinker.com

*admitted *pro hac vice*

*Counsel for Defendants*

Facsimile: (202) 499-5199
jconrod@sanfordheisler.com

Susan M. Coler, MN Bar No. 0217621
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
coler@halunenlaw.com

 *admitted *pro hac vice*

 *Counsel for Plaintiff and the Proposed Class*