## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KIM SNYDER, on behalf of herself and all others similar situated,<br>*Plaintiff*,<br>v.<br>UNITEDHEALTH GROUP, INC., et al.<br>*Defendants*. | Case No. 21-cv-1049 (JRT/BRT) |

## **STIPULATION TO EXTEND CASE DEADLINES**

1.  On October 21, 2021, the Court entered a Pre-Trial Scheduling Order setting deadlines in this case. (Dkt. No. 85). Since then, the parties have engaged in robust discovery and worked diligently to complete the document production necessary for the taking of depositions. The parties have produced and reviewed over 80,000 pages of documents, in addition to answers to written interrogatories. However, as discussed below, there are circumstances outside of the parties' control that constitute good cause warranting an extension of the discovery schedule under Fed. R. Civ. P. 16(b)(4) and Local Rule 16.3.

2.  Plaintiff is still awaiting the production of documents from third parties. In May and early June 2022, Plaintiff issued document subpoenas to multiple third parties, including the Plan's independent investment consultant and the investment manager for the disputed funds. Plaintiff has repeatedly communicated with these third parties to secure their document production (including to resolve disputes concerning the scope of such

1

production) and has advised them of pertinent deadlines in this case. But Plaintiff still has not yet received any documents from any of the third parties, and it is anticipated that the third parties may need several additional months to complete their productions. After the third parties complete their document productions, Plaintiff anticipates taking depositions.

3. In addition, the parties have not yet reached an agreement as to the scope of certain discovery requests and are still conferring on the subject. Plaintiff also anticipates filing an Amended Complaint, and additional time will be needed for Defendants to respond to the anticipated Amended Complaint.

4. Finally, Plaintiff's undersigned counsel, who has been managing this case since its inception, is pregnant and anticipated to be on maternity leave from around late November 2022 until early March 2023. This spans a critical period when the parties had originally expected to complete depositions and conduct the bulk of expert discovery.

5. Based on the foregoing circumstances, the parties anticipate that approximately five additional months will be required to complete fact discovery; however, other deadlines may be compressed so that the overall case schedule is adjusted by only four months. The parties agree that no extension is necessary for the current October 14, 2022 deadline to move to amend the pleadings or join other parties. Accordingly, the parties hereby agree to, and respectfully request that the Court order, an extension of the deadlines set forth in the Pretrial Scheduling Order (Dkt. No. 85) as summarized below and as further detailed in the Proposed Order submitted herewith. This is the first extension sought to the Pretrial Scheduling Order.

| Event | Current Deadline | Adjusted Deadline |
|---|---|---|
| Completion of Written Discovery Necessary for the Taking of Fact Depositions | August 15, 2022 | December 13, 2022 |
| Parties to Disclose the Identities of Their Initial Experts | December 1, 2022 | April 13, 2023 |
| Close of Fact Discovery | December 15, 2022 | May 12, 2023 |
| Parties to File and Serve Non-Dispositive Motions Relating to Fact Discovery | December 19, 2022 | May 19, 2023 |
| Parties to Serve Initial Expert Reports | February 1, 2023 | June 1, 2023 |
| Parties to Disclose Rebuttal Experts | March 1, 2023 | June 29, 2023 |
| Parties to Serve Rebuttal Expert Reports | March 15, 2023 | July 13, 2023 |
| Parties to File and Serve All Other Non-Dispositive Motions, Including Motions Relating to Expert Discovery | April 17, 2023 | August 15, 2023 |
| Close of Expert Discovery | April 26, 2023 | August 24, 2023 |
| Dispositive Motions | June 26, 2023 | October 24, 2023 |
| Trial Ready | October 26, 2023 | February 26, 2024 |

STIPULATED AND AGREED TO BY:

*Counsel for Plaintiff*

 /s/ Alexandra Harwin
Alexandra Harwin, NY Bar No. 5347471*
David Sanford, NY Bar No. 5695671*
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Phone: (646) 402-5650
Facsimile: (646) 402-5651

*Counsel for UnitedHealth*

 /s/ Meaghan VerGow
Meaghan VerGow, DC Bar No. 977165*
Brian D. Boyle, DC Bar No. 419773*
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Phone: (202) 383-5300
Facsimile: (202) 383-5414

aharwin@sanfordheisler.com
dsanford@sanfordheisler.com

Charles Field, CA Bar No. 189817*
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

Kevin H. Sharp, TN Bar No. 16287*
Leigh Anne St. Charles, TN Bar No. 36945*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

Sean Ouellette, MA Bar No. 697559*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
souellette@sanfordheisler.com

Susan M. Coler, MN Bar No. 0217621
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
coler@halunenlaw.com

\* admitted *pro hac vice*

mvergow@omm.com
bboyle@omm.com

Deborah A. Ellingboe, MN Bar No. 26216X
Isaac B. Hall, MN Bar No. 0395398
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center 90 S. Seventh Street
Minneapolis, Minnesota 55402
Phone: (612) 766-8713
Facsimile: (612) 766-1600
debbie.ellingboe@faegredrinker.com
isaac.hall@faegredrinker.com

4