**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **KIM SNYDER, on behalf of herself and all others similarly situated,** )<br>)<br>*Plaintiff*, )<br>)<br>**v.** )<br>)<br>**UNITEDHEALTH GROUP, INC., et al.** )<br>)<br>*Defendants.* )<br>) | **Case No. 21-cv-1049 (JRT/BRT)** |

## **[PROPOSED] ORDER**

The parties herein have filed a Stipulation to Extend Case Deadlines (Dkt. No. 116) agreeing to extend upcoming deadlines set forth in the Pretrial Scheduling Order (Dkt. No. 85). Consistent with that Stipulation, IT IS ORDERED that the Pretrial Scheduling Order is hereby AMENDED as follows:

The deadlines for FACT DISCOVERY are set as follows:

1.  Any written discovery necessary for the taking of fact depositions, including any supplement written discovery requests, must be commenced in time for that written discovery to be complete by **December 13, 2022**.

2.  Any amended or additional notices for Rule 30(b)(6) testimony of third parties may be served by **March 9, 2023**.

3.  All other fact discovery, including the completion of fact depositions must be commenced in time for all fact discovery to be completed by **May 12, 2023**.

The deadlines for EXPERT DISCOVERY are set as follows:

1. The identity of Plaintiff's and Defendants' respective initial experts must be disclosed no later than **April 13, 2023**.

2. Plaintiff's and Defendants' initial expert written report(s), completed in accordance with Fed. R. Civ. P. 26(a)(2)(B), must be served no later than **June 1, 2023**.

3. The identity of any experts who may testify in rebuttal to any initial expert must be disclosed no later than **June 29, 2023**.

4. Any rebuttal expert written report(s) completed in accordance with Fed. R. Civ. P. 26(a)(2)(B), must be served no later than **July 13, 2023**.

5. All expert discovery, including expert depositions, must be completed by no later than **August 24, 2023**.

The deadlines for MOTIONS are set as follows:

1. All motions seeking to amend the pleadings or to join other parties must be filed and served by **October 14, 2022**.

2. All non-dispositive motions relating to fact discovery must be filed and served by **May 19, 2023**.

3. All other non-dispositive motions, including motions relating to expert discovery, must be filed and served by **August 15, 2023**.

4. All dispositive motions and supporting documentation must be filed and served by **October 24, 2023**.

This case will be ready for a bench TRIAL on or about **February 26, 2024**.

Dated: _____, 2022     _____
**The Hon. Becky R. Thorson**
United States Magistrate Judge