UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kim Snyder, | Case No. 21-cv-1049 (JRT/DJF) |
| Plaintiff, | |
| v. | |
| | **IDR ORDER** |
| UnitedHealth Group, Inc., et al., | |
| Defendants. | |

---

The Court held an IDR Conference on March 14, 2023 regarding the parties' discovery deadline disputes (ECF No. 140). The Court issued its ruling from the bench and memorializes its decision below.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. All party fact discovery—except limited discovery related to the outstanding disputes discussed during the IDR conference and identified to the Court by IDR request or Motion on or before **April 17, 2023**—must be completed by **April 14, 2023**.

2. All nondispositive motions relating to party fact discovery must be filed and served on or before **April 17, 2023**.

3. All third-party fact discovery shall be completed on or before **May 11, 2023**.

4. All nondispositive motions relating to third-party fact discovery shall be filed and served on or before **May 15, 2023**.

5. Plaintiff's and Defendant's initial expert reports, completed in accordance with Fed. R. Civ. P. 26(a)(2)(B), shall be served no later than **May 22, 2023**.

6. The identity of any experts who may testify in rebuttal to any initial expert must be disclosed no later than **May 29, 2023**.

7. Any rebuttal expert written reports completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served no later than **June 19, 2023**.

8. All expert discovery, including expert depositions, must be completed by no later than **July 3, 2023**.

9. All nondispositive motions related to expert discovery shall be filed and served on or before **July 3, 2023**.

10. All active deadlines not otherwise modified by this Order shall remain in force and effect.

Additional modifications to the pretrial discovery schedule are unlikely to be granted absent extraordinary circumstances.

Dated: April 14, 2023

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge