UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kim Snyder, | Case No. 21-cv-1049 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| UnitedHealth Group, Inc. et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion for Continued Sealing ("Sealing Motion") (ECF No. 198). The parties seek continued sealing of various exhibits filed under temporary seal in connection with Defendants' Motion for Summary Judgment (ECF No. 168), Plaintiff's Opposition to Motion for Summary Judgment (ECF No. 176), and Defendants' Reply in Support of Summary Judgment (ECF No. 188). The parties do not dispute the continued sealing or unsealing of any documents in the Sealing Motion (*see generally* ECF No. 198).

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The parties' Joint Motion Regarding Continued Sealing [198] is **GRANTED**;

2. The Clerk of the Court is directed to **UNSEAL** the following documents 28 days after the date of this Order, unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

   - ECF No. 172-2
   - ECF No. 173-3
   - ECF No. 173-4

1

- ECF No. 173-5
- ECF No. 173-6
- ECF No. 173-8
- ECF No. 173-9
- ECF No. 173-10
- ECF No. 173-11
- ECF No. 173-12
- ECF No. 173-13
- ECF No. 173-14
- ECF No. 173-15
- ECF No. 173-16
- ECF No. 173-17
- ECF No. 173-18
- ECF No. 173-21
- ECF No. 173-24
- ECF No. 173-25
- ECF No. 173-26
- ECF No. 173-27
- ECF No. 173-28
- ECF No. 173-29
- ECF No. 173-30
- ECF No. 173-31
- ECF No. 173-32
- ECF No. 173-35
- ECF No. 173-36
- ECF No. 173-37
- ECF No. 173-41
- ECF No. 173-44
- ECF No. 173-45
- ECF No. 173-46
- ECF No. 173-48
- ECF No. 173-49
- ECF No. 173-51
- ECF No. 173-52
- ECF No. 173-53
- ECF No. 173-54
- ECF No. 173-55
- ECF No. 173-57
- ECF No. 173-60
- ECF No. 173-61
- ECF No. 173-62
- ECF No. 173-63
- ECF No. 173-64
- ECF No. 173-65

- ECF No. 173-67
- ECF No. 173-68
- ECF No. 173-69
- ECF No. 173-70
- ECF No. 173-71
- ECF No. 173-72
- ECF No. 173-73
- ECF No. 173-74
- ECF No. 173-79
- ECF No. 179-5
- ECF No. 179-6
- ECF No. 179-7
- ECF No. 179-8
- ECF No. 179-9
- ECF No. 179-20
- ECF No. 179-22
- ECF No. 179-23
- ECF No. 179-24
- ECF No. 179-34
- ECF No. 179-36
- ECF No. 179-37
- ECF No. 179-38
- ECF No. 179-40
- ECF No. 179-41
- ECF No. 179-42
- ECF No. 179-43
- ECF No. 179-45
- ECF No. 179-46
- ECF No. 179-47
- ECF No. 179-48
- ECF No. 179-49
- ECF No. 179-50
- ECF No. 179-51
- ECF No. 179-52
- ECF No. 179-53
- ECF No. 179-54
- ECF No. 179-63
- ECF No. 179-64
- ECF No. 179-66
- ECF No. 179-67
- ECF No. 180-1
- ECF No. 180-2
- ECF No. 180-7
- ECF No. 180-10

- ECF No. 180-12
- ECF No. 180-15
- ECF No. 180-16
- ECF No. 180-17
- ECF No. 180-24
- ECF No. 180-25
- ECF No. 180-32
- ECF No. 180-33
- ECF No. 180-36
- ECF No. 180-38
- ECF No. 180-39
- ECF No. 180-40
- ECF No. 180-41
- ECF No. 180-42
- ECF No. 180-43
- ECF No. 180-44
- ECF No. 180-45
- ECF No. 180-46
- ECF No. 180-47
- ECF No. 180-50
- ECF No. 180-51
- ECF No. 180-55
- ECF No. 180-57
- ECF No. 180-59
- ECF No. 180-60
- ECF No. 180-61
- ECF No. 180-62
- ECF No. 185
- ECF No. 185-1
- ECF No. 185-2
- ECF No. 185-3
- ECF No. 191
- ECF No. 191-1
- ECF No. 191-3
- ECF No. 191-5; and

3. The Clerk of the Court is directed to keep the following documents **under seal**:

- ECF No. 173
- ECF No. 173-1
- ECF No. 173-7
- ECF No. 173-19
- ECF No. 173-20
- ECF No. 173-22

- ECF No. 173-23
- ECF No. 173-33
- ECF No. 173-34
- ECF No. 173-38
- ECF No. 173-39
- ECF No. 173-40
- ECF No. 173-42
- ECF No. 173-43
- ECF No. 173-47
- ECF No. 173-50
- ECF No. 173-56
- ECF No. 173-58
- ECF No. 173-59
- ECF No. 173-66
- ECF No. 173-75
- ECF No. 173-76
- ECF No. 173-77
- ECF No. 173-78
- ECF No. 179-1
- ECF No. 179-2
- ECF No. 179-3
- ECF No. 179-4
- ECF No. 179-10
- ECF No. 179-11
- ECF No. 179-12
- ECF No. 179-13
- ECF No. 179-14
- ECF No. 179-15
- ECF No. 179-16
- ECF No. 179-17
- ECF No. 179-18
- ECF No. 179-19
- ECF No. 179-21
- ECF No. 179-25
- ECF No. 179-26
- ECF No. 179-27
- ECF No. 179-28
- ECF No. 179-29
- ECF No. 179-30
- ECF No. 179-31
- ECF No. 179-32
- ECF No. 179-33
- ECF No. 179-35
- ECF No. 179-39

- ECF No. 179-44
- ECF No. 179-55
- ECF No. 179-56
- ECF No. 179-57
- ECF No. 179-58
- ECF No. 179-59
- ECF No. 179-60
- ECF No. 179-61
- ECF No. 179-62
- ECF No. 179-65
- ECF No. 179-68
- ECF No. 180-3
- ECF No. 180-4
- ECF No. 180-5
- ECF No. 180-6
- ECF No. 180-8
- ECF No. 180-9
- ECF No. 180-11
- ECF No. 180-13
- ECF No. 180-14
- ECF No. 180-18
- ECF No. 180-19
- ECF No. 180-20
- ECF No. 180-21
- ECF No. 180-22
- ECF No. 180-23
- ECF No. 180-26
- ECF No. 180-27
- ECF No. 180-28
- ECF No. 180-29
- ECF No. 180-30
- ECF No. 180-34
- ECF No. 180-35
- ECF No. 180-37
- ECF No. 180-48
- ECF No. 180-49
- ECF No. 180-52
- ECF No. 180-53
- ECF No. 180-54
- ECF No. 180-56
- ECF No. 180-58
- ECF No. 185-4
- ECF No. 191-2
- ECF No. 191-4.

Dated: April 8, 2024                              *s/ Dulce J. Foster*
                                                  Dulce J. Foster
                                                  United States Magistrate Judge