## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Kim Snyder,

        Plaintiff,

    v.

UnitedHealth Group, Inc. et al.,

        Defendants.

Case No. 0:21-cv-01049 (JRT/DJF)

**NOTICE OF APPEARANCE OF MARTIN CHESTER**

    **PLEASE TAKE NOTICE** that Martin Chester of the law firm of Faegre Drinker Biddle & Reath LLP hereby enters his appearance as attorney for Defendants in the above-captioned matter.

Dated:  September 10, 2024

*/s/ Martin S. Chester*

Martin S. Chester (MN Bar No. 031514X)
Drew M. Horwood (MN Bar No. 0402506)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-8713
Facsimile: (612) 766-1600
martin.chester@faegredrinker.com
drew.horwood@faegredrinker.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5100
craig.primis@kirkland.com
winn.allen@kirkland.com

Madelyn A. Morris (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2695
Facsimile: (312) 862-2100
madelyn.morris@kirkland.com

***Counsel for Defendants***