IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KIM SNYDER, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff*, | ) Case No. 0:21-cv-01049 (JRT/DJF) ) |
| v. | ) ) |
| UNITEDHEALTH GROUP, INC., et al. *Defendants*. | ) ) ) ) |

## NOTICE OF SETTLEMENT

Plaintiff Kim Snyder, by and through undersigned counsel, hereby advises this Court that the parties have reached an agreement in principle to settle this action on a Class-wide basis and signed a term sheet on September 17, 2024. The Parties are working diligently on documenting the terms of the settlement agreement and corresponding matters necessary for its execution, after which Plaintiff intends to file a motion for preliminary approval of settlement. Plaintiff proposes that the parties provide the Court with an update regarding the status of the final settlement agreement on or before October 4, 2024.

DATED: September 18, 2024          Respectfully Submitted,

                                                              */s/ Leigh Anne St. Charles*
                                              Leigh Anne St. Charles, TN Bar No. 36945*
                                              Kevin H. Sharp, TN Bar No. 16287*
                                              Brent Hannafan, TN Bar No. 025209*
                                              David McNamee, TN Bar No. 38124*
                                              **SANFORD HEISLER SHARP MCKNIGHT, LLP**

611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
lstcharles@sanfordheisler.com
ksharp@sanfordheisler.com
bhannafan@sanfordheisler.com
dmcnamee@sanfordheisler.com

Charles Field, CA Bar No. 189817*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

David Sanford, NY Bar No. 5695671*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com

Susan M. Coler, MN Bar No. 0217621
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
coler@halunenlaw.com

*Counsel for Plaintiff and the Class*

* Admitted *pro hac vice*