IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KIM SNYDER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., et al. <br><br> Defendants. | CASE NO. 0:21-CV-01049 (JRT/DJF) <br><br> CLASS ACTION <br><br> PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Kim Snyder now moves the Court to enter an order preliminarily approving the Class Action Settlement reached by the Parties to resolve the class claims.

In support of this motion, Plaintiff relies upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Entry of Preliminary Approval Order; the Declarations of counsel Charles Field and Plaintiff in Support of Plaintiff's Motion for Preliminary Approval Order; the Class Action Settlement Agreement; and all other records, pleadings, and papers on file in this action.

Plaintiff respectfully requests that the Court enter an order:

1. Granting preliminary approval of the settlement;

1

2. Enjoining Class Members from pursuing any claims that arise out of or relate to the claims at issue in this action pending final approval;

3. Directing notice to Class Members and approving the plan and the form of notice, including the procedures for objecting to the Settlement;

4. Appointing Angeion Group, LLC as Settlement Administrator and Escrow Agent; and

5. Scheduling a final Fairness Hearing, at which the Court will consider the motion for final approval of the Settlement and entry of the parties' proposed final order and judgment and Class Counsel's application for an award of attorneys' fees and expenses and payment of a Class Representative service award.

Dated: December 13, 2024    /s/ *Charles H. Field*

Charles H. Field, CA Bar No. 189817*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA  92037
Telephone: (619) 577-4252
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

David Sanford, NY Bar No. 5695671*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, Suite 3700
New York, NY 10004
Phone: (646) 402-5656
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com

Kevin H. Sharp, TN Bar No. 16287*
Leigh Anne St. Charles, TN Bar No. 36945*
Brent Hannafan, TN Bar No. 25209*

**SANFORD HEISLER SHARP McKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com
bhannafan@sanfordheisler.com

Susan M. Coler, MN Bar No. 0217621
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
coler@halunenlaw.com

*Attorneys for Plaintiff and the Class*

\* Admitted *pro hac vice*