# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KIM SNYDER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., et al. <br><br> Defendants. | ) CASE NO. 0:21-CV-01049 (JRT/DJF) <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) PLAINTIFF'S MOTION FOR FINAL <br> ) APPROVAL OF CLASS ACTION <br> ) SETTLEMENT <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rules of Civil Procedure 23(h)(1) and 54(d)(2), and this Court's Order preliminarily approving the Class Action Settlement and scheduling the Fairness Hearing (Dkt. 236), Plaintiff respectfully requests that, upon hearing argument at the June 12, 2025 Fairness Hearing, the Court enter an Order: (1) granting Plaintiff's Motion for Final Approval of Class Action Settlement; (2) approving the Plan of Allocation outlined in the Settlement Agreement; and (3) dismissing this action with prejudice. In support of this motion, Plaintiff relies on the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; the Declaration of counsel Charles H. Field; the Statement of Independent Fiduciary; papers accompanying Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Award;

1

the Class Action Settlement Agreement; and all other records, pleadings, and papers on file in this action.

Dated: June 5, 2025         */s/ Charles H. Field*

Charles H. Field, CA Bar No. 189817*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA  92037
Telephone: (619) 577-4252
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

David Sanford, NY Bar No. 5695671*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, Suite 3700
New York, NY 10004
Phone: (646) 402-5656
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com

Kevin H. Sharp, TN Bar No. 16287*
Leigh Anne St. Charles, TN Bar No. 36945*
Brent Hannafan, TN Bar No. 25209*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com
bhannafan@sanfordheisler.com

Susan M. Coler, MN Bar No. 0217621
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
coler@halunenlaw.com

*Attorneys for Plaintiff and the Class*

\* Admitted *pro hac vice*